**Electronically Filed
Intermediate Court of Appeals
CAAP-14-0000816
29-AUG-2014
09:56 AM**

NO. CAAP-14-0000816

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

MICHIKO IMURA, Plaintiff-Appellant, v.
VICTOR PAUL CHING, Defendant-Appellee

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-D NO. 11-1-6289)

ORDER APPROVING THE AUGUST 22, 2014
STIPULATION AND ORDER FOR DISMISSAL OF APPEAL
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon consideration of the Stipulation and Order for
Dismissal of Appeal, filed on August 22, 2014 by Plaintiff-
Appellant Michiko Imura (**Appellant**), and the record, it appears
that (1) Appellant and Defendant-Appellee Victor Paul Ching
stipulate to dismiss Appeal No. CAAP-14-0000816; (2) the parties
and their attorneys have signed the stipulation; (3) the
stipulation provides that the "[e]ach party shall bear their own
respective fees and costs arising from this appeal"; (4) no fees
are due; and (5) Hawai'i Rules of Appellate Procedure Rule 42(b)
provides, "If the parties to a docketed appeal or other
proceeding sign and file a stipulation for dismissal, specifying

the terms as to payment of costs, and pay whatever fees are due, the case shall be dismissed upon approval by the appellate court[.]"

Therefore, IT IS HEREBY ORDERED that Appeal No. CAAP-14-0000816 is dismissed. The parties shall bear their own appellate costs and fees.

DATED: Honolulu, Hawai'i, August 29, 2014.

Chief Judge

Associate Judge

Associate Judge